FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITIES ACT, 42 USC 2000e et seq.

NAME: Kevin C Shuler

ADDRESS: 234 Beavers Mill Rd Apt A Danville, VA 24540

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN - 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/ M. Hup
DEPUTY CLERK

Kevin C. Shuler
(Enter full name)

Plaintiff

v.

Corning Inc - Danville, VA

_____

Defendant

COMPLAINT

Case No. 4:08CV00019
(To be supplied by Clerk,
U.S. District Court)

A. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

November 3 - 2007

B. On what day was your complaint filed with the Equal Employment Opportunities Commission?

January 8 - 2008

C. What action did the Commission or its representatives take in regard to your complaint?

They Sent a "Right To Sue Letter"

D. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in B. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

_Yes I did receive notice on March 11-2008_

E. If the answer to D. is yes, has 90 days passed since your receipt of the notice described in D.?

_No_

F. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

_No_

If your answer to F. is yes, describe the action in the spaces below (if more than one action has been filed, use the back of this page to describe these additional actions)

1. Parties to the action: _____

_____

_____

2. Court (if federal court, give district; if a state court, name city or county) _____

3. Docket Number: _____

4. Judge's Name: _____

5. Is case still pending: If not, what was the ruling? Was the case appealed? _____

_____

_____

6. Have you described other actions on the back of this form?

_No_

G. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

YES _____    NO __✓__    I DON'T KNOW _____

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

_____

_____

_____

_____

_____

H. Are you able to obtain an attorney to represent you? That is, do you know an attorney and do you have the money to pay that attorney?

No I can't afford one. I have a wife and 3 kids that I take care of. My wife is laid off.

If you do not have the money to hire an attorney and would like to have an attorney to represent you, please fill out the affidavit at the end of this form (MARKED FORMA PAUPERIS AFFIDAVIT.)

On the remainder of this form, please answer the questions relating to your problems with the defendant and if necessary, include other pages in order to fully explain the facts behind your complaint.

1. Who was or is your employer? Corning Inc. Danville, VA
   265 Corning Drive

2. What individuals were involved in your discharge or other unlawful practice about which you are complaining?
   (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

   Jack Sharp -
   Gary Fitzgerald -
   Paul Bass

3. If you were fired, what reasons were given for your discharge?
I'm Still Employed

If you disagree with those reasons, what do you think were the real reasons?

4. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? yes

5. If so, did you file a grievance with your employer? yes / verbal + written

If you did what action was taken? none

6. In the space below (and on additional pages, if necessary) please state any other facts which you consider important in this complaint.

7. If you were fired, have you been working since that time?

_____

If yes, for whom have you worked? _____

_____

What did you do? _____

_____

If you did not get another job, have you received unemployment compensati

_____ If yes, for how long? _____

8. What relief do you want from this court? (For example:)

   Do you want your job back? _____

   Have you suffered any damages? _____

   If so, how much? _____

   OTHER: _I would like for Corning to change it ways_____

_____

Sign your name below:

                                    _Kevin Shelton_____
                                    (Signature of Plaintiff)

VERIFICATION

State of ___VA_____ ))
                      ) ss:
County of _____ ))

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              (Date)
                                    _Kevin Shelton_____
                                    (Signature)