IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| KEVIN C. SHULER, ) | |
| ) | Case No. 4:08CV00019 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORNING, INC., ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |

Before me is Defendant's *Motion to Dismiss*. For the reasons given in the accompanying *Memorandum Opinion*, Defendant's *Motion to Dismiss* is **GRANTED**.

The Clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and *pro se* Plaintiff. The Clerk is also ordered to strike this case from the active docket of this court and dismiss all pending motions as moot.

Entered this 21st day of August, 2008.

                                                                     s/Jackson L. Kiser
                                                                     Senior United States District Judge